UNITED STATES OF AMERICA,

v.

LAMONICA MCIVER,
      Appellant.

**Appeal Nos. 25-3573 & 26-1122**

### JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Appellant LaMonica McIver and Appellee the United States hereby jointly move to modify modestly the briefing schedule for these consolidated appeals. Under that schedule, the United States's responsive brief is due today, April 29, 2026, and Congresswoman McIver's reply brief is due Monday, May 11. The United States respectfully requests that it be permitted to file its responsive brief on Monday, May 4, three business days beyond its original deadline. To the extent that request is granted, Congresswoman McIver respectfully requests that she be permitted to file her reply brief a reciprocal three business days beyond her originally allotted time, which would result in a deadline of Tuesday, May 19. Mindful of this Court's admonition that, "[a]bsent extraordinary circumstances, no extensions of" the briefing "deadlines will be granted," Appeal No. 25-3573, Doc. 17 at 2 (Feb. 27, 2026), the parties respectfully submit the following justifications for the modifications they seek.

1. The United States is responding to nearly 28,000 words of briefing from Congresswoman McIver and her three amici. That briefing addresses both the merits of her claims on appeal and, at least through one of her amici, this Court's jurisdiction to entertain in these interlocutory appeals the claims the United States had moved to dismiss, which motion the merits panel will resolve. Responding to all that briefing has taken the sole assigned Assistant U.S. Attorney (Mark E. Coyne, the Chief of the U.S. Attorney's Office's Appeals Division) even more time than he had contemplated when the parties first proposed a version of the briefing schedule that this Court adopted in modified form. Complicating matters, Mr. Coyne is endeavoring to respond to all that briefing within the 13,000-word limit that applies to principal briefs and without incorporating by reference his briefing in support of the United States's motion to dismiss part of these appeals.

2. Meanwhile, Mr. Coyne has had to devote substantial time this month responding to a challenge to the appointment of Robert Frazer as United States Attorney by the District Court and ensuring that cases involving challenges to the prior supervisory structures of his Office can proceed as normal. That has included opposing on April 9 another motion to disqualify and to dismiss the operative indictment in *United States v. Naviwala*, Crim. No. 24-099, Doc. 324, and, after the Hon. Matthew W. Brann, Ch. U.SD.J., denied that motion, moving on April 20, 2026 to dismiss the defendant's appeal from that interlocutory order, *United States v. Naviwala*, No. 26-1896,

Doc. 6. And Mr. Coyne has had to devote substantial time this month to advising his colleagues and editing their district court submissions to ensure that cases transferred to Chief Judge Brann are returned to the originally assigned judges to proceed as they normally would.

3. In the event that the Court grants the government's request, Congresswoman McIver respectfully requests a reciprocal three-business day extension of her originally allotted time to file a reply brief. Counsel for Congresswoman McIver anticipate needing this additional time to address the government's response to her opening brief and the briefs of the referenced amici, as well as the government's additional arguments supporting the government's motion to dismiss, particularly in light of the complex constitutional issues involved. Granting the government's motion without granting a reciprocal extension to Congresswoman McIver would effectively give the government a total of 35 calendar days to file its responsive brief, more than the time allotted under Fed. R. App. P. 31(a)(1), but would leave Congresswoman McIver with only 10 calendar days from May 4 to file her reply brief, far less than the time allotted under Fed. R. App. P. 31(a)(1). Thus, should the Court grant the government's request, Congresswoman McIver requests an additional three business days to file her reply brief. That would result in a deadline of May 19 for her reply brief.

4. Each party agrees that the extension the other is requesting through this motion is reasonable under the circumstances, especially now that

these appeals have been calendared for Tuesday, June 23, before a panel in Wilmington, Delaware. The parties' requested extensions would permit Mr. Coyne 35 days, instead of 30, to file the United States's responsive brief, and Congresswoman McIver 15 days, instead of 10, to file her reply brief. That schedule would still afford the merits panel five weeks to review the briefing and prepare for any oral argument. The parties recognize that granting the United States's requested extension, together with the reciprocal adjustment to Congresswoman McIver's reply deadline, may impose additional burdens on the merits panel, and the parties greatly appreciate the Court's consideration despite those potential burdens.

Accordingly, the parties respectfully request that their joint motion to modify the briefing schedule be granted. The parties greatly appreciate this Court's consideration.

Respectfully submitted,

Paul J. Fishman
Lee M. Cortes, Jr,
John M. Fietkiewicz
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center, Ste. 1025
Newark, NJ 07102
*Counsel for Congresswoman Lamonica McIver*

Dated: April 29, 2026

ROBERT FRAZER
UNITED STATES ATTORNEY

Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division
(973) 297-2002
*Counsel for the United States*

**CERTIFICATION OF COMPLIANCE AND SERVICE**

I hereby certify that this filing complies with typeface, type style and length limits of Federal Rule of Appellate Procedure 27(d). The filing contains 789 countable words and was prepared using Microsoft Word for Microsoft 365 MSO's 14-point proportionally spaced Calisto MT typeface.

I further certify that this filing was prepared on a computer automatically protected by an updated version of Trellix Endpoint Security and no virus was detected.

I further certify that I caused a copy of this motion to be served, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on all counsel of record to the parties in this case.

Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

Dated: April 29, 2026