UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-3573 & 26-1122

United States of America

v.

Lamonica McIver,
Appellant

(D.N.J. No. 2:25-cr-00388-001)

Present: BIBAS, CHUNG and AMBRO, *Circuit Judges*

1. Government's Motion to Dismiss Part of Appeal No. 25-3573 for Lack Appellate Jurisdiction;

2. Response in Opposition to Motion to Dismiss in Part;

4. Reply in Support of Motion to Dismiss in Part.

Respectfully,
Clerk

ORDER

The foregoing motion to dismiss part of appeal is DENIED as moot.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: August 26, 2026
Sb/cc: All Counsel of Record